PROB 12A
(7/93)

# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

RECEIVED

FEB 2 4 2016

AT 8:30_____M
WILLIAM T. WALSH
CLERK

**Name of Offender:** Gary Thurman　　　　　　　　　　　　　　　　**Cr.:** 12-00788-001
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PACTS #:** 65561

**Name of Sentencing Judicial Officer:**　THE HONORABLE ANNE E. THOMPSON
　　　　　　　　　　　　　　　　　　　　SENIOR UNITED STATES DISTRICT JUDGE

**Date of Original Sentence:** 04/16/2013

**Original Offense:** 18:1341.F; FRAUDS AND SWINDLES

**Original Sentence:** 3 months imprisonment, 36 months supervised release

**Special Conditions:** Special Assessment, Restitution - Money, Financial Disclosure, Life Skills Counseling, Location Monitoring - Other, Other Condition

**Type of Supervision:** Supervised Release　　　　　　**Date Supervision Commenced:** 08/14/2013

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | Mr. Thurman is due to expire from supervised release on August 13, 2016. He has cooperated fully with all conditions of supervision, including making monthly restitution payments. However, at the time of termination, Mr. Thurman will still have a restitution balance owed. |

**U.S. Probation Officer Action:**
This matter will be referred to the U.S. Attorney's Office – Financial Litigation unit 30 days prior to expiration of supervision.

　　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　　　　　By: Kevin M. Villa, Senior U.S.
　　　　　　　　　　　　　　　　　　　　　　　　　Probation Officer

　　　　　　　　　　　　　　　　　　　　　　　　　Date: 02/24/2016

Prob 12A – page 2
Gary Thurman

*Please check a box below to indicate the Court's direction regarding action to be taken in this case:*

[x] No Formal Court Action to be Taken (refer matter to the U.S. Attorney's Office – Financial Litigation Unit and allow case to be closed on termination date)

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other

_____
Signature of Judicial Officer

2/24/16
_____
Date